U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 5 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MATTHEW T. MOBLEY,
Plaintiff

CIVIL ACTION NO. 1:16-CV-255
SECTION "P"

VERSUS

JUDGE TRIMBLE

SHERIFF HILTON, ET AL.,
Defendant

MAGISTRATE JUDGE PEREZ-MONTES

---

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 5th day of _____May_____, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE